**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6509**

_____

NORMAN G. BERG,

Plaintiff - Appellant,

versus

RUFUS FLEMING, Regional Administrator; DAVID
ROBINSON, Warden; GRACE SEYMOUR, Sergeant,
Investigator; KERN GILLIAM, Business Manager,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-96-176-AM)

_____

Submitted: August 22, 1996        Decided: September 4, 1996

_____

Before HALL, MICHAEL, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Norman G. Berg, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Berg v. Fleming</u>, No. CA-96-176-AM (E.D. Va. Feb. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>